IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STACY L. RANDALL,<br><br>    *Plaintiff*,<br>v.<br><br>REED C. WIDEN, MICHAEL KIESLER, WIDEN ENTERPRISES, LLC, and WINDY WATERS, INC.,<br><br>    *Defendants*. | Civil Action No. 22-cv-400 |

### **DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Defendants Reed C. Widen, Michael Kiesler, Widen Enterprises LLC, and Windy Waters, Inc. (collectively, "Defendants"), through undersigned counsel, hereby move to dismiss Plaintiff Stacy L. Randall's Complaint in its entirety with prejudice. Defendants seek dismissal for lack of standing and failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6), all of which grounds are stated more fully in Defendants' accompanying memorandum of law in support.

Dated: September 26, 2022            Respectfully submitted,

                                               */s/ Dean P. Laing*
                                               Dean P. Laing
                                               Christa D. Wittenberg
                                               O'Neil, Cannon, Hollman, DeJong & Laing S.C.
                                               111 E. Wisconsin Ave.
                                               Milwaukee, WI 53202
                                               Phone: 414.276.5000
                                               Dean.Laing@wilaw.com
                                               Christa.Wittenberg@wilaw.com

/s/ *Mark H. Churchill*
Mark H. Churchill
Martin Durkin
HOLLAND & KNIGHT LLP
1650 Tysons Blvd., Suite 1700
Tysons, VA 22102
Phone: 703.720.8600
Fax: 703.720.8610
mark.churchill@hklaw.com
martin.durkin@hklaw.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26 day of September 2022, I electronically filed the foregoing document using the Court's CM/ECF system, copies of which will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing.

/s/ Dean P. Laing
Dean P. Laing

*Counsel for Defendants*