AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | | |
|---|---|---|
| Stacy L. Randall | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:22-cv-00400 |
| Reed C. Widen, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stacy L. Randall.

Date:   08/08/2023

s/ Jessica H. Polakowski
*Attorney's signature*

Jessica H. Polakowski, WI State Bar ID No. 1061368
*Printed name and bar number*
Reinhart Boerner Van Deuren s.c.
P.O. Box 2018
Madison, WI 53701-2018

*Address*

jpolakowski@reinhartlaw.com
*E-mail address*

(608) 229-2200
*Telephone number*

(608) 229-2100
*FAX number*