IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STACY L. RANDALL,<br><br>*Plaintiff*,<br><br>v.<br><br>REED C. WIDEN, MICHAEL KIESLER, WIDEN ENTERPRISES, LLC, and WINDY WATERS, INC.,<br><br>*Defendants*. | Civil Action No. 3:22-cv-400-jdp |

## DEFENDANT WIDEN ENTERPRISES, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Widen Enterprises, LLC ("Widen Enterprises"), through undersigned counsel, hereby submits this Corporate Disclosure Statement and states as follows:

Widen Enterprises is wholly owned by Acquia, Inc.


Dated: August 14, 2023          Respectfully submitted,


                                /s/ Mark H. Churchill
                                Mark H. Churchill
                                Martin Durkin
                                HOLLAND & KNIGHT LLP
                                1650 Tysons Blvd., Suite 1700
                                Tysons, VA 22102
                                Phone: 703.720.8600
                                Fax: 703.720.8610
                                mark.churchill@hklaw.com
                                martin.durkin@hklaw.com

Dean P. Laing
Christa Wittenberg
O'Neil, Cannon, Hollman, DeJong & Laing S.C.
111 E. Wisconsin Ave.
Milwaukee, WI 53202
Phone: 414.276.5000
Dean.Laing@wilaw.com
Christa.Wittenberg@wilaw.com

*Counsel for Defendants*