AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin ⊡

| | | |
|---|---|---|
| STACY L. RANDALL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:22-cv-00400 |
| REED C. WIDEN, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

REED C. WIDEN, MICHAEL KIESLER, WIDEN ENTERPRISES, LLC, and WINDY WATERS, INC. .

Date:      08/31/2023

s/Sarah Morain
*Attorney's signature*

Sarah Morain (Bar No. 97128)
*Printed name and bar number*

Holland & Knight LLP
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102
*Address*

Sarah.Morain@hklaw.com
*E-mail address*

(703) 720-8572
*Telephone number*

(703) 720-8610
*FAX number*