UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

STACY L. RANDALL,

                        Plaintiff,

       v.

REED C. WIDEN, MICHAEL KIESLER, WIDEN ENTERPRISES, LLC, and WINDY WATERS, INC.,

                        Defendants.

Case No. 3:22-cv-00400-jdp

**DEFENDANTS' SUPPLEMENTAL SUBMISSION IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

On June 16, 2023, the plaintiff, Stacy L. Randall, filed a Motion to Compel. ECF No. 28. Subsequent developments in this case further support denial of the motion.

Randall's own testimony during her deposition shows the documents she seeks are irrelevant. In the motion to compel, Randall seeks the production of documents in response to Plaintiff's Request for Production ("RFP") No. 12. Specifically, RFP No. 12 seeks the production of "[m]onthly statements for each financial account maintained by or on behalf of Millmont, LLC since January 1, 2010." ECF No. 29-2 at 10. Randall's lawyers argued that "information as to Millmont's finances is unquestionably relevant to this litigation." ECF No. 28 at 8.

On June 23, 2023, Defendants filed their opposition to Randall's motion to compel. ECF No. 30. Therein, Defendants argue that because Millmont, LLC ("Millmont") is a non-party with no claim asserted against it, "RFP No. 12 does not seek documents relevant to any claim or defense in this litigation," and therefore requests documents that are not within the scope of discovery under Rule 26(b)(1) of the Federal Rules of Civil Procedure. *Id.* at 9-12.

Randall was deposed on August 28, 2023. During her deposition, Randall unequivocally and unambiguously stated, "Milmont [sic] had nothing to do with this suit." Decl. of Christa D. Wittenberg, filed herewith, at ¶ 2, Ex. 1 at 249:4-5. Accordingly, by the plaintiff's own admission, information related to Millmont is irrelevant to the claims and defenses in this case.

For this additional reason, Plaintiff's Motion to Compel Discovery (ECF No. 28) should be denied.

Dated: September 20, 2023

        Respectfully submitted,

        s/Christa D. Wittenberg
        Dean P. Laing
        Christa D. Wittenberg
        O'Neil, Cannon, Hollman, DeJong & Laing S.C.
        111 East Wisconsin Avenue, Suite 1400
        Milwaukee, Wisconsin 53202
        Phone: 414.276.5000
        dean.laing@wilaw.com
        christa.wittenberg@wilaw.com

        Mark H. Churchill
        Martin Durkin
        Sarah Morain
        HOLLAND & KNIGHT LLP
        1650 Tysons Boulevards, Suite 1700
        Tysons, Virginia 22102
        Phone: 703.720.8600
        mark.churchill@hklaw.com
        martin.durkin@hklaw.com
        sarah.morain@hklaw.com

        *Attorneys for Defendants*