UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

STACY L. RANDALL,

                Plaintiff,

    v.                                   Case No. 3:22-cv-00400-jdp

REED C. WIDEN, MICHAEL KIESLER, WIDEN ENTERPRISES, LLC, and WINDY WATERS, INC.,

                Defendants.

---

## DECLARATION OF CHRISTA D. WITTENBERG

I, Christa D. Wittenberg, declare as follows:

1.     I am an attorney at the law firm of O'Neil, Cannon, Hollman, DeJong & Laing S.C., counsel for Reed C. Widen, Michael Kiesler, Widen Enterprises, LLC, and Windy Waters, Inc. (the "Defendants") in the above-captioned action. I make this Declaration on the basis of my personal knowledge and in conjunction with the Defendants' Supplemental Submission in Opposition to Plaintiff's Motion to Compel Discovery, filed contemporaneously herewith.

2.     Attached to this Declaration as Exhibit 1 is a true and correct copy of an excerpt of the transcript from Plaintiff Stacy L. Randall's deposition, taken on August 28, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of September 2023.

                                                                 */s/ Christa D. Wittenberg*
                                                                 Christa D. Wittenberg