IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STACY L. RANDALL,

    Plaintiff,

v.

REED C. WIDEN, MICHAEL KIESLER, WIDEN ENTERPRISES, LLC, and WINDY WATERS, INC.,

    Defendants.

Case No. 22-cv-400-jdp

## PLAINTIFF STACY L. RANDALL'S MOTION FOR PARTIAL SUMMARY JUDGMENT

    Plaintiff Stacy L. Randall ("Stacy" or "Plaintiff"), by and through her undersigned attorneys, hereby moves for partial summary judgment under Federal Rule of Civil Procedure 56. Specifically, Plaintiff moves for partial summary judgment that: 1) Defendants are liable on Count Two of Plaintiff's Complaint (Federal Securities Fraud Against All Defendants in violation of the Exchange Act and SEC Rule 10b-5(b), 17 C.F.R. § 240.10b-5(b)); and 2) Defendants Reed Widen and Michael Kiesler are liable on Count Six of Plaintiff's Complaint (Breach of Fiduciary Duties Against Reed and Kiesler).

    Plaintiff further moves for partial summary judgment that Defendants' affirmative defenses of waiver (Second Affirmative Defense), release (Fifth Affirmative Defense), and ratification (Sixth Affirmative Defense) all fail as a matter of law.

    In support of this motion, Plaintiff files concurrently herewith a brief in support, statement of undisputed facts, declarations and exhibits. Plaintiff requests the precise quantum of damages be proven at trial.

Respectfully submitted this 29th day of September, 2023.

*s/ David G. Palay*
Mark A. Cameli
mcameli@reinhartlaw.com
David G. Palay
dpalay@reinhartlaw.com
Monica A. Mark
mmark@reinhartlaw.com
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202

Mailing Address:
P.O. Box 2965
Milwaukee, WI 53201-2965
Telephone: 414-298-1000
Facsimile: 414-298-8097

*Attorneys for Stacy L. Randall*