IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

STACY L. RANDALL,

      Plaintiff,

v.

REED C. WIDEN, MICHAEL KIESLER,
WIDEN ENTERPRISES, LLC, and
WINDY WATERS, INC.,

      Defendants.

Civil Action No. 22-cv-400

---

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

---

Defendants Reed C. Widen, Michael Kiesler, Widen Enterprises, LLC, and Windy Waters, Inc., by their attorneys at O'Neil, Cannon, Hollman, DeJong & Laing S.C. and Holland & Knight LLP, hereby move the Court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Defendants seek dismissal of all claims in this case. The grounds for this motion are set forth in a supporting brief filed herewith.

Defendants respectfully request that the Court enter an order awarding Defendants judgment as a matter of law, dismissing all of Plaintiff's claims with prejudice, with costs, and awarding any other appropriate relief.

[REST OF PAGE INTENTIONALLY LEFT BLANK]

Dated this 29th day of September 2023.

          Respectfully submitted,

          s/Christa D. Wittenberg
          Dean P. Laing
          Christa D. Wittenberg
          O'Neil, Cannon, Hollman, DeJong & Laing S.C.
          111 East Wisconsin Avenue, Suite 1400
          Milwaukee, Wisconsin 53202
          Phone: 414.276.5000
          dean.laing@wilaw.com
          christa.wittenberg@wilaw.com

          Mark H. Churchill
          Martin Durkin
          Sarah Morain
          HOLLAND & KNIGHT LLP
          1650 Tysons Boulevards, Suite 1700
          Tysons, Virginia 22102
          Phone: 703.720.8600
          mark.churchill@hklaw.com
          martin.durkin@hklaw.com
          sarah.morain@hklaw.com

          *Attorneys for Defendants*