IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STACY L. RANDALL,

    Plaintiff,

v.

REED C. WIDEN, MICHAEL KIESLER, WIDEN ENTERPRISES, LLC, and WINDY WATERS, INC.,

    Defendants.

Case No. 22-cv-400-jdp

## PLAINTIFF STACY L. RANDALL'S NOTICE OF SERVICE OF EXPERT REPORTS

Plaintiff Stacy L. Randall's undersigned counsel certifies that on this date, October 2, 2023, Plaintiff's counsel served opposing counsel of record with the following expert reports:

- October 2, 2023 Expert Report of Gary Kleinrichert, CPA/ABV/CFF/CGMA, CVA;
- October 2, 2023 KDX Forensic Consulting's Report of Findings;
- October 2, 2023 Leonard Appraisal's Appraisal Report: Precious Metals and Jewelry Fair Market Value Appraisal; and
- October 2, 2023 Leonard Appraisal's Appraisal Report: Precious Metals and Jewelry Liquidation Value Appraisal.

Plaintiff will provide copies to the Court of the above-listed expert reports upon the Court's request.

Respectfully submitted this 2nd day of October, 2023.

<u>*s/ David G. Palay*</u>
Mark A. Cameli
mcameli@reinhartlaw.com
David G. Palay
dpalay@reinhartlaw.com
Monica A. Mark
mmark@reinhartlaw.com
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202

Mailing Address:
P.O. Box 2965
Milwaukee, WI 53201-2965
Telephone: 414-298-1000
Facsimile: 414-298-8097

*Attorneys for Stacy L. Randall*
