IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

STACY L. RANDALL,

        Plaintiff,

v.

REED C. WIDEN, MICHAEL KIESLER,
WIDEN ENTERPRISES, LLC, and
WINDY WATERS, INC.,

        Defendants.

Civil Action No. 22-cv-400

---

## DEFENDANTS' MOTION CHALLENGING PLAINTIFF'S CONFIDENTIAL DESIGNATIONS UNDER THE PROTECTIVE ORDER

---

Defendants Reed C. Widen, Michael Kiesler, Widen Enterprises, LLC, and Windy Waters, Inc., by and through their attorneys at O'Neil, Cannon, Hollman, DeJong & Laing S.C. and Holland & Knight LLP, hereby move the Court pursuant to Section E of the Protective Order (ECF Nos. 26-1, 27) to enter an order that the plaintiff's January 16, 2024, confidentiality designations under the Protective Order,[1] designating documents produced by third-party PHH Mortgage Corporation and deposition testimony of the corporate designee of PHH Mortgage Corporation, are not properly designated as confidential.

The grounds for this Motion are set forth in the defendants' brief filed contemporaneously herewith, and the Motion is further supported by the Declaration of Christa Wittenberg filed contemporaneously herewith.

---

[1] A copy of the Plaintiff's designation is attached as Exhibit M to the Declaration of Christa Wittenberg, filed on this date.

Dated this 15th day of March 2024.

                        Respectfully submitted,

                        s/Dean P. Laing
                        Dean P. Laing
                        Christa D. Wittenberg
                        O'Neil, Cannon, Hollman, DeJong & Laing S.C.
                        111 East Wisconsin Avenue, Suite 1400
                        Milwaukee, Wisconsin 53202
                        Phone: 414.276.5000
                        dean.laing@wilaw.com
                        christa.wittenberg@wilaw.com

                        Mark H. Churchill
                        Martin Durkin
                        Sarah Morain
                        HOLLAND & KNIGHT LLP
                        1650 Tysons Boulevards, Suite 1700
                        Tysons, Virginia 22102
                        Phone: 703.720.8600
                        mark.churchill@hklaw.com
                        martin.durkin@hklaw.com
                        sarah.morain@hklaw.com

                        *Attorneys for Defendants*