Stacy L. Randall v. Widen Enterprises, LLC, et al.  Case: 3:22-cv-00400-jdp   Document #: 165   Filed: 03/15/24   Page 1 of 18   1/10/2024
PHH Mortgage Corporation (Louise Plasse)
1 (1 - 4)

## Page 1

```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WISCONSIN
_____

STACY RANDALL,

       Plaintiff,

v.

REED C. WIDEN, MICHAEL KIESLER,
WIDEN ENTERPRISES, LLC, and
WINDY WATERS, INC.

       Defendants.
_____/



              DEPOSITION OF THE WITNESS,
                    LOUISE PLASSE,
               TAKEN BY THE DEFENDANTS



DATE:  Wednesday, January 10, 2024
TIME:  10:01 a.m. - 10:52 a.m.
PLACE: 777 Flagler Drive, Suite 1900
       West Palm Beach, Florida

Stenographically reported
by Gina R. Grant
```

## Page 2

```
APPEARANCES:

ON BEHALF OF THE PLAINTIFF:

     REINHART BOERNER VAN DEUREN S.C.
     1000 North Water Street, Suite 1700
     Milwaukee, Wisconsin 53202
     By:   SAMUEL SYLVAN, ESQUIRE
           (Via videoconference)

ON BEHALF OF THE DEFENDANTS:

     O'NEIL, CANNON, HOLLMAN, DEJONG & LAING, S.C.
     111 East Wisconsin Avenue, Suite 1400
     Milwaukee, Wisconsin 53202-4870
     By:   DEAN P. LAING, ESQUIRE

ON BEHALF OF PHH MORTGAGE CORPORATION:

     BURR & FORMAN, LLP
     350 East Las Olas Boulevard, Suite 1440
     Fort Lauderdale, Florida 33301-4126
     By:   SARA L. SOLANO, ESQUIRE

Also present:  Benny Dorlouis, Videographer
```

## Page 3

```
                    I N D E X

WITNESS                                        PAGE

LOUISE PLASSE

         Direct by Mr. Laing                     5


***Confidential redacted portions
    under separate cover ***


                  E X H I B I T S

                                  MARKED    IDENTIFIED

Defendants' Exhibit No. 1     4         7
  (Subpoena)
Defendants' Exhibit No. 2     4         9
  (Verified Complaint of Foreclosure)
Defendants' Exhibit No. 3     4        13
  (Altisource Real Estate Valuation)
Defendants' Exhibit No. 4     4        14
  (Uniform Final Judgment of Foreclosure)
Defendants' Exhibit No. 5     4        16
  (Residential Contract for Sale and Purchase)
Defendant's Exhibit No. 6     4        17
  (Handwritten Hardship Letter)
Defendants' Exhibit No. 7     4        20
  (Mortgage Assistance Application)
Defendants' Exhibit No. 8     4        20
  (Mortgage Assistance Application)
Defendants' Exhibit No. 9     4        27
  (Closing Statement)
Defendants' Exhibit No. 10    4        29
  (Approval of Short Sale)
Defendants' Exhibit No. 11    4        34
  (Stock Redemption Agreement)
Defendants' Exhibit No. 12    4        37
  (Closing Agreement)
Defendants' Exhibit No. 13    4        38
  (Appraisal Report)
```

## Page 4

    Deposition of LOUISE PLASSE, the WITNESS

herein taken on behalf of the DEFENDANTS herein for the

purpose of discovery and for use as evidence in the

above-entitled cause, before GINA GRANT, Court Reporter

and Notary Public in and for the State of Florida at

Large, at 777 South Flagler Drive, Suite 1900, City of

West Palm Beach, County of Palm Beach, State of Florida

on Wednesday, January 10, 2024, commencing at 10:01

o'clock, a.m.

              ----------

Whereupon:

              LOUISE PLASSE,

a witness herein being of lawful age, and being first

duly sworn in the above cause, testified on her oath as

follows:

     (Defendant's Exhibit Numbers 1 through 13

     were marked for identification.)

         THE VIDEOGRAPHER:  We're now on the video

     record.  Today's date is January 10th, 2024,

     and the time is 10:01 a.m.  This is the video

     deposition of Louise Plasse taken in the matter

     of Stacy L. Randall versus Widen, et al.  This

     case is being held at 777 South Flagler Drive,

     Suite 1900, West Palm Beach, Florida.  The

     videographer is Benny Dorlouis, and the court

Page 5

1  reporter is Gina Grant.
2       Will counsel please introduce themselves
3  for the record?
4       MR. LAING:  Dean Laing present here at the
5  deposition on behalf of the defendants.
6       MR. SYLVAN:  Samuel Sylvan present via
7  Zoom on behalf of the plaintiff, Ms. Stacy
8  Randall.
9       MS. SOLANO:  Sara Solano present in
10  person.  Counsel for PHH Mortgage Corporation.
11 Whereupon:
12                  LOUISE PLASSE,
13 a witness herein being of lawful age and being first
14 duly sworn in the above cause, testified on her oath as
15 follows:
16                DIRECT EXAMINATION
17 BY MR. LAING:
18      Q    Good morning.
19      A    Good morning.
20      Q    State your full name, please.
21      A    Louise Plasse.
22      Q    And how do you spell your last name?
23      A    P like in Peter, l-a-s-s-e.
24      Q    How are you employed?
25      A    I am employed with OCWEN Financial

Page 6

1  Corporation.
2       Q    And what's your position?
3       A    I am a senior loan analyst.
4       Q    What is the relationship, if any, between
5  PHH Mortgage Corporation and OCWEN Financial --
6  whatever you said the last name was.
7       A    OCWEN Financial Corporation.  PHH is a
8  subservicer under the OCWEN umbrella.  We merged
9  with PHH in 2019.
10      Q    I understand that you are here today to
11 testify as the designated corporate representative
12 of PHH Mortgage Corporation; is that correct?
13      A    Yes, I am.
14      Q    Could you describe just generally the
15 nature of PHH Mortgage Corporation's business?
16      A    Generally, we are a mortgage servicer.  In
17 that capacity we service several million loans.  I
18 don't know the exact number, but we service mortgage
19 loans.  And in that capacity as a servicer, we have
20 obligations with our investors to service and
21 maintain the daily business and recordkeeping of the
22 mortgages that we service.
23      Q    Is one of the companies that PHH Mortgage
24 Corporation services U.S. Bank?
25      A    Yes.

Page 7

1       Q    In front of you, you've got a pile of
2  documents, and the first document on the top of the
3  pile is Exhibit 1, which is the subpoena to testify
4  at a deposition in a civil action that was served on
5  PHH Mortgage Corporation in this case, meaning the
6  case of Randall v. Widen.  Have you seen that
7  document before?
8       A    I have, yes.
9       Q    Are you prepared to testify as the
10 corporate designee of PHH Mortgage Corporation as to
11 the topics listed on pages 4 and 5 of the subpoena?
12      A    I am to the best of my ability, yes.
13      Q    Do you understand that you are here today
14 testifying on behalf of the corporation, meaning
15 that you're going to testify as to the institutional
16 knowledge of that corporation, and you're not here
17 today to testify in your individual capacity?
18      A    Yes, I do.
19      Q    In other words, when I ask you questions
20 today, I'm not asking you questions for you to
21 answer individually.  I'm asking for you to answer
22 questions on behalf of PHH Mortgage Corporation.  Do
23 you understand that?
24      A    I do, yes.
25      Q    In response to the subpoena you have in

Page 8

1  front of you, Exhibit 1, as well as prior subpoenas
2  issued in this case, PHH Mortgage Corporation has
3  produced a large number of documents.  Are you aware
4  of that?
5       A    I am, yes.
6       Q    And were those documents all maintained in
7  the corporate records of PHH Mortgage Corporation?
8       A    Yes, they are.
9       Q    I'm going to be asking you questions today
10 about a loan that was taken out by Stacy Randall and
11 her then husband, Steven Randall, in 2007 in
12 connection with -- with a residential home located
13 in Lithia, Florida.  Are you familiar with that
14 loan?
15      A    I am, yes.
16      Q    And specifically the address of that
17 property is 6116 Avocetridge Drive in Lithia,
18 Florida.  Are you aware of that?
19      A    Yes, I am.
20      Q    And is Lithia, Florida, a suburb of Tampa,
21 Florida?
22      A    Yes, it is.
23      Q    The loan taken out by Stacy Randall and
24 her then husband, Steven Randall, initially in
25 2007 was ultimately assigned by the originator to

Stacy L. Randall v. Widen Enterprises, LLC, et al.
Case: 3:22-cv-00400-jdp  Document #: 165  Filed: 03/15/24  Page 3 of 18
1/10/2024
PHH Mortgage Corporation (Louise Plasse)
3 (9 - 12)

Page 9

1  U.S. Bank. Am I correct on that?
2      A    Yes.
3      Q    What were PHH Mortgage Corporation's
4  responsibilities and obligations in connection with
5  that loan?
6      A    As I stated earlier, our obligations are
7  to service and maintain the loan, apply payments as
8  they come in, answer any questions should the
9  homeowner call in to inquire about any issues they
10 may or may not be having, and in general just
11 service the loan according to guidelines.
12     Q    And would that include issues relating to
13 a customer being in default?
14     A    Yes.
15     Q    Look at Exhibit 2, please. Exhibit 2 is a
16 document called "Verified Complaint for Foreclosure
17 of Mortgage," which has a Bates stamp number on it
18 of PHH Mortgage 000001. Do you have that in front
19 of you?
20     A    I do, yes.
21     Q    Okay. And if you turn to Exhibit A of
22 that document -- I think you're there.
23     A    Okay.
24     Q    Okay. Is that exhibit, meaning Exhibit A
25 to Exhibit 2 in this case, the original loan note

Page 10

1  that relates to this property in Lithia, Florida?
2      A    It does contain that information, yes.
3      Q    And according to this loan note, the
4  original loan amount for that property was $500,750.
5  Am I correct on that?
6      A    That is correct.
7      Q    Then please turn to Exhibit C of this
8  document, which starts out on Bates labeled
9  page 000042.
10     A    Okay.
11     Q    Do you have that in front of you?
12     A    I do.
13     Q    This document is called a "Loan
14 Modification Agreement" that was signed by Stacy
15 Randall and Steven Randall on January 23, 2017,
16 correct?
17     A    Yes, that's correct.
18     Q    And if you go to page 2 of that document,
19 it indicates in paragraph number 1 that as of
20 March 1 of 2017, the amount payable under the
21 original promissory note is $793,535.07; is that
22 correct?
23     A    It is.
24     Q    Does that suggest or indicate that between
25 2007 and 2017 that Stacy Randall and Steven Randall

Page 11

1  were in default of the initial note?
2      A    Yes. That's -- that would indicate, yes.
3      Q    And, in fact, the amount outstanding went
4  from $500,750 initially to $793,535.07 as of
5  January 23, 2017, correct?
6      A    Correct.
7      Q    So let's go back to page 1 of this
8  exhibit. This is a verified complaint for
9  foreclosure of mortgage that was filed by U.S. Bank
10 against Stacy Randall and Steven Randall among
11 others, correct?
12     A    Correct.
13     Q    And it was filed on December 20, 2018,
14 according to the header on page 1; is that correct?
15     A    Yes.
16     Q    And if you go to paragraph 9 of the
17 complaint, it indicates that Stacy Randall and
18 Steven Randall have defaulted under the amended note
19 by failing to pay the payment due as of March 1 of
20 2018 and all subsequent payments; is that correct?
21     A    Yes, that's correct.
22     Q    And then if you go to paragraph 11, it
23 says that as of the date this document was filed
24 with the court, meaning as of December 20, 2018,
25 Stacy Randall and Steven Randall owed U.S. Bank

Page 12

1  $788,209.24 on the mortgage note; is that correct?
2      A    Yes.
3      Q    Then if you go to page 3 under the
4  wherefore clause, it indicates that U.S. Bank was
5  demanding that the court enter a judgment of
6  foreclosure against the property, and if the
7  proceeds of the sale of the property are
8  insufficient to pay the Randall's claim -- or U.S.
9  Bank's claim, the -- U.S. Bank was asking the court
10 to enter a deficiency judgment against Stacy Randall
11 and Steven Randall, correct?
12     A    Yes.
13     Q    And what is a deficiency judgment?
14     A    In the event that the judgment essentially
15 falls short of what is due to pay the balance off,
16 then there's a deficiency.
17     Q    So let's say, for example, if this
18 foreclosure sale resulted in a net payment to the
19 Randalls of, say, $350,000 and let's say $800,000
20 was owed to U.S. Bank at the time, what would the
21 deficiency amount be?
22          MR. SYLVAN: Objection. Form.
23 BY MR. LAING:
24     Q    And I don't want to confuse you on math or
25 numbers. Would it be the difference between the

Page 13

1 two?
2  A   Yes. Yes. I was just trying to calculate
3 in my head.
4  Q   Okay. Okay. Let's go to Exhibit 3,
5 please.
6  A   Sure.
7  Q   And Exhibit 3 is another document that was
8 in the files of PHH Mortgage Corporation, and it was
9 produced as PHH Mortgage 001147. Do you have that
10 in front of you?
11  A   I do.
12  Q   This is a document called "Altisource Real
13 Estate Valuation Services," correct?
14  A   Correct.
15  Q   It indicates on the top of the document
16 that the borrower is Stacy Randall, and it relates
17 to an address of 6116 Avocetridge Drive in Lithia,
18 Florida, correct?
19  A   Correct.
20  Q   At the bottom of page 1 and the top of
21 page 2, it describes the home owned by the Randalls,
22 correct?
23  A   It does, yes.
24  Q   And it says at the bottom of page 1 that
25 it is a seven-year-old single family residence,

Page 14

1 correct?
2  A   Yes.
3  Q   And would that indicate to you that when
4 the Randalls purchased that home seven years
5 earlier, they purchased it as a new home?
6  A   Yes.
7  Q   It goes on to say it's got 3,449 square
8 feet of living space, correct?
9  A   Correct.
10  Q   It indicates it's got five bedrooms and
11 three baths, correct?
12  A   Yes.
13  Q   Let's turn to page -- or Exhibit 4,
14 please. Exhibit 4 is a document labeled "Uniform
15 Final Judgment of Foreclosure Against Defendants,"
16 and it's a document entered by the court. And if
17 you look at the -- page 5 of that document, it
18 appears to be signed by the judge on October 24,
19 2019; is that correct?
20  A   Yes.
21     MR. SYLVAN: Counsel, can I -- can I just
22  ask what the Bates number is of that page,
23  please?
24     MR. LAING: That page?
25     MR. SYLVAN: Yeah. That you just

Page 15

1 referenced.
2     MR. LAING: Yeah. That page was PHH
3  Mortgage 000082.
4     MR. SYLVAN: Thank you.
5 BY MR. LAING:
6  Q   And this is a document entered by a court,
7 on behalf of U.S. Bank and against Stacy Randall and
8 Steven Randall, ordering several things; is that
9 correct?
10  A   Yes.
11  Q   In paragraph 3 on page 2, it indicates
12 that the Randalls owe U.S. Bank, at the time the
13 document was entered by the court in 2019, the sum
14 of $858,671.62, correct?
15  A   Correct.
16  Q   Then on the next page, paragraph 6, it
17 indicates that the court is ordering that the
18 property be sold; is that correct?
19  A   Yes.
20  Q   Okay. Let's go to Exhibit 5, please,
21 which is a document produced by PHH Mortgage
22 Corporation with a Bates stamp of PHH0372. This was
23 again a document produced by PHH Mortgage
24 Corporation in this case. Can you tell me what this
25 document is?

Page 16

1  A   This is a residential contract as is for
2 the sale and purchase, and it's indicating that the
3 Randalls are the sellers. And I'm not sure -- yeah.
4 It looks like Justin Alvarez and Kristen Alvarez are
5 the buyers.
6  Q   Okay. And this is for the property
7 located at 6116 Avocetridge Drive in Lithia,
8 Florida, correct?
9  A   That is correct.
10  Q   And the amount of the purchase price
11 listed on this offer to purchase is $360,000,
12 correct?
13  A   It appears that way, yes.
14  Q   And if you look at the last page of that
15 document bearing Bates stamp Number PHH0383, it
16 indicates that Stacy Randall and Steven Randall
17 signed the offer to purchase on November 22, 2019,
18 correct?
19  A   That is correct.
20  Q   If this offer to purchase went forward for
21 this purchase price, there would be a deficiency of
22 over $500,000 due U.S. Bank; is that correct?
23  A   Yes.
24  Q   Let's go to Exhibit 6, please. Exhibit 6
25 is a document produced by PHH Mortgage Corporation

Stacy L. Randall v. Widen Enterprises, LLC, et al. Ninety Nine
Case: 3:22-cv-00400-jdp   Document #: 165   Filed: 03/15/24   Page 5 of 18   1/10/2024
PHH Mortgage Corporation (Louise Plasse)
5 (17 - 20)

Page 17

```
 1  in this case bearing a Bates stamp number of PHH
 2  Mortgage 000253.  Can you tell me what this document
 3  is?
 4      A     This is a handwritten hardship letter
 5  signed by Steven Randall, and I'm not sure if
 6  Mrs. Randall signed that.  There appears to be
 7  another signature on there, but I'm not sure if
 8  that's her signature or not.
 9      Q     Okay.  And this document is dated May 13,
10  2020, correct?
11      A     Correct.
12      Q     And on the top of it, it's captioned
13  "Hardship Letter."  Do you see that?
14      A     Yes.
15            (Confidential portion redacted)
```

Page 18

```
10            (End of redacted confidential portion)
11  BY MR. LAING:
12      Q     So the letter asks for a short sale?
13      A     Correct.
14      Q     What is a short sale?
15      A     A short sale in -- at the time that the
16  client goes into default is one of the options that
17  is available in the event that they don't qualify
18  for modification, and it allows them time to sell
19  the property based on an offer that is agreeable
20  between the servicer and the homeowner, meaning that
21  they have to -- certain obligations have to be met
22  financially.  The numbers have to make sense.  Long
23  and short of it.
24      Q     Pursuant to a short sale, is the bank
25  agreeing to waive the deficiency?
```

Page 19

```
 1      A     In some cases, yes.
 2      Q     What's the process that was used in this
 3  matter by PHH Mortgage Corporation in evaluating
 4  this request for a short sale?
 5      A     There are several -- several factors that
 6  have to be taken into consideration.  First, we
 7  would receive this letter, take it into
 8  consideration, and then we would then communicate
 9  with the homeowner what the obligations are as far
10  as going forward with a short sale.
11            Hypothetically, if they had an agreement
12  with a realtor and the numbers from the offer from
13  the realtor -- if they had somebody that was
14  interested in buying the property if the numbers all
15  were in agreement and satisfied, our obligations on
16  our end -- we would then continue with the short
17  sale and follow through with any documentations
18  waiting for information from the homeowner and the
19  realtor and their attorneys to provide information
20  to us to make sure all of the I's were dotted and
21  the T's were crossed essentially.
22      Q     Is some of the information that's
23  requested from the homeowner financial information
24  pursuant to which the homeowner would need to
25  establish a financial hardship?
```

Page 20

```
 1      A     Yes.
 2      Q     In that process does PHH Mortgage
 3  Corporation request that the homeowner complete a
 4  form -- whether you call it an application or a
 5  declaration or affidavit or something to that
 6  effect -- where the homeowner discloses their
 7  assets?
 8      A     Essentially, yes.
 9      Q     And is it important for that statement to
10  be accurate?
11      A     It is, yes.
12      Q     And by that statement, does the homeowner
13  represent that what they're telling PHH Mortgage
14  Corporation is in effect accurate, and, in fact, PHH
15  Mortgage Corporation can rely on it?
16      A     Yes.
17      Q     Let's go to Exhibit 7, please, and at the
18  same time I want you to look at Exhibit 8 because
19  that's a clearer copy.
20      A     Yes.
21      Q     And Exhibit 7 was produced by PHH Mortgage
22  Corporation in this case as PHH Mortgage000239, and
23  Exhibit 8 was produced by PHH Mortgage Corporation
24  as PHH0218.
25            Now, let's go to Exhibit 7, and this is a
```

Page 21
1  document that's titled "Mortgage Assistance
2  Application," correct?
3       A    Yes.
4       Q    And then in the middle of the page, it
5  asks for the account holder's name, and next to it
6  it says on this document Stacy Randall with some of
7  her identifying information, correct?
8       A    Correct.
9       Q    Then at the bottom of the page, it asks
10 for information about the property, and Stacy
11 lists on this form the property address is
12 6116 Avocetridge Drive in Lithia, Florida, correct?
13      A    Correct.
14      Q    And then she says the property is
15 currently an investment property, correct?
16      A    Yes.
17      Q    And then she says that the property is
18 currently vacant, correct?
19      A    Yes.
20      Q    And she says I want to sell the property,
21 correct?
22      A    Yes.
23      Q    She then -- it goes on to say that the
24 property is listed for sale through a brokerage.
25 She identifies the name of the broker and the

Page 22
1  broker's phone number, correct?
2       A    Correct.
3       Q    If you go to page 2 of the document, at
4  the top it indicates that the hardship causing the
5  mortgage challenges began in January of 2007,
6  correct?
7       A    Correct.
8       Q    And Stacy indicates that the hardship is
9  long term or permanent. Greater than six months,
10 correct?
11      A    Correct.
12      Q    Then the next section talks about a
13 description of the hardship, correct?
14      A    Correct.
15      Q    There's various boxes that the person
16 completing the form can check, correct?
17      A    Correct.
18      Q    And Stacy checked the boxes that says
19 she's unemployed and not receiving benefits,
20 correct?
21      A    Correct.
22      Q    She checked the box that says that she's
23 had a reduction in income. A hardship that has
24 caused a decrease in income due to circumstances
25 outside her control, correct?

Page 23
1       A    Correct.
2       Q    She checked the box that indicates that
3  there's been an increase in housing-related
4  expenses, correct?
5       A    Correct.
6       Q    She checked the box that she's going
7  through a divorce and a legal separation, correct?
8       A    Yes.
9       Q    She also checked the box that she's going
10 through a business failure, correct?
11      A    Correct.
12      Q    And then on the bottom, she says husband
13 has been disabled, correct?
14      A    Correct.
15      Q    Then on the next page at the top of the
16 page, it asks the person completing the form for
17 income information, correct?
18      A    Correct.
19      Q    And she indicated she has no income,
20 right?
21      A    Right.
22      Q    And on the bottom of the page, it talks
23 about current account holder assets. Do you see
24 that?
25      A    I do.

Page 24
1       Q    And what's the purpose for asking -- a
2  homeowner who's requesting that a bank waive a
3  deficiency for their assets?
4       A    It is to -- to get a better understanding
5  of their financial situation, and those numbers are
6  taken into consideration when making a determination
7  on what options may be available for them, whether
8  it be a short sale if that's the best option or a
9  modification -- different options available, and
10 it's an assessment of what we can offer them.
11      Q    Is it also used in determining whether the
12 bank should waive a significant deficiency?
13      A    It -- it does take into consideration that
14 information as well, yes.
15      Q    In that area of the form captioned
16 "Current Account Assets," the first box asks for the
17 homeowner to indicate how much money they have in
18 their checking account and cash on hand, correct?
19      A    Correct.
20      Q    And Stacy Randall indicated she had $3,000
21 of money in that category, correct?
22      A    Correct.
23      Q    It then asks the homeowner to tell the
24 bank the total dollars in their savings account,
25 correct?

Page 25

1    A    Correct.
2    Q    And Stacy Randall indicated that she had
3 $4,000 in her checking -- in her savings account at
4 that time, correct?
5    A    Correct.
6    Q    The next area asks the homeowner to
7 disclose their assets in money markets, stocks,
8 bonds, and CDs and the value of that, correct?
9    A    That's -- yes.
10   Q    And what did Stacy indicate there?
11   A    There is nothing in that to indicate
12 anything.
13   Q    The next box asks the homeowner to
14 disclose the estimated value of real estate owned by
15 the homeowner, correct?
16   A    Correct.
17   Q    And what did Stacy disclose there?
18   A    There is nothing there.
19   Q    And then there's a catch-all at the bottom
20 that says other, correct?
21   A    Correct.
22   Q    And that would be any other assets that
23 weren't in the categories listed above, correct?
24   A    Correct.
25   Q    And what did Stacy list there?

Page 26

1    A    Zero.
2    Q    If you then turn to the next page of
3 Exhibit 7, there's a category that says account
4 holder's certification, correct?
5    A    Yes.
6    Q    It says it is certified and acknowledged
7 that all of the information in this mortgage
8 assistance application is truthful.  Is that what it
9 says?
10   A    It does, yes.
11   Q    And then in the next line, it says
12 knowingly submitting false information may violate
13 federal and other applicable law, correct?
14   A    Correct.
15   Q    Then at the bottom of the form, it again
16 says by signing below I certify that all the
17 information contained herein is truthful, correct?
18   A    Correct.
19   Q    And then did Stacy Randall sign the form?
20   A    She did.
21   Q    And what's the date of her signature?
22   A    I believe it's 5-13-2020.
23   Q    So May 13 of 2020?
24   A    Yes.
25        (Confidential portion redacted.)

Page 27

1
2
3
4        (End of redacted confidential portion.)
5             MS. SOLANO:  Objection.  Objection.  Calls
6        for a legal conclusion.
7 BY MR. LAING:
8    Q    Let's go to Exhibit 9, please, and
9 Exhibit 9 is a document that was produced by
10 PHH Mortgage Corporation in this case with Bates
11 Stamp Number PHH Mortgage 000162, correct?
12   A    Correct.
13   Q    And is that a closing statement for the
14 sale of the Lithia, Florida, home owned by Stacy
15 Randall and Steven Randall?
16   A    It is.
17   Q    And is it dated July 31, 2020?
18   A    It is.
19   Q    It indicates that the buyers at the top of
20 page 1 are Justin Alvarez and Kristen Alvarez,
21 correct?
22   A    Correct.
23   Q    Then it indicates in the middle of
24 Exhibit 9 that the sale price for the property was
25 $395,000, correct?

Page 28

1    A    Correct.
2    Q    And then there's various amounts that had
3 to be paid out of that by the seller, including
4 taxes and home owner's association fees and real
5 estate commission fees and the like, correct?
6    A    Correct.
7    Q    And it indicates that the Randalls would
8 receive a net amount of 337,225.08 from the sale,
9 correct?
10   A    Correct.
11   Q    And that would be about $500,000 less than
12 what was owed to U.S. Bank on the property, correct?
13   A    Correct.
14   Q    And this closing document on page 3 was
15 signed by Stacy Randall and Steven Randall on
16 July 29, 2020, correct?
17   A    Correct.
18   Q    Now, go to Exhibit 10, and before we talk
19        (Confidential redacted portion.)

Page 29
1       (End of confidential redacted portion.)
2     Q    And if you look at Exhibit 10, is that a
3  copy of the paperwork relating to the approval of
4  the short sale and the waiver of the deficiency?
5     A    Yes.
6     Q    Exhibit 10 is dated June 19 of 2020,
7  correct?
8     A    It is, yes.
9     Q    And it's addressed -- well, it's sent by
10 PHH Mortgage Corporation to Stacy Randall and Steven
11 Randall in Stoughton, Wisconsin, correct?
12    A    Correct.
13    Q    And it's sent to them at the address of
14 1972 Barber Drive, Unit 3, correct?
15    A    Correct.
16    Q    And it indicates in the right box that
17 this relates to the property address of
18 6116 Avocetridge Drive in Lithia, Florida, correct?
19    A    Correct.
20    Q    Then in the first paragraph of the letter,
21 it says: "Congratulations.  PHH Mortgage Services
22 acting on behalf of U.S. Bank, et cetera, has
23 approved the short sale payoff on the above
24 referenced account in the amount of $336,290.17,"
25 correct?

Page 30
1     A    Correct.
2     Q    Which is approximately the same amount as
3  the Randalls were to receive in a net amount from
4  the sale of the property, correct?
5     A    Correct.
6     Q    Then it says on the bottom of the --
7  page 10: "What needs to be understood.  Paragraph
8  1:  We have completed the review of the application
9  for assistance and the financial information
10 provided.  The account is approved for a short sale
11 payoff in the sum of $336,290.17," correct?
12    A    Correct.
13    Q    Then if you go to the page bearing a Bates
14 Stamp Number 000176, there's a section toward the
15 bottom captioned "Legal Action."  Do you see that?
16    A    I do.
17    Q    And it says that upon PHH Mortgage
18 Corporation's timely receipt of the entire payoff
19 amount, evidence of satisfaction of the above
20 conditions, and a copy of this letter properly
21 signed by each of the above-named account holders,
22 PHH Mortgage Services will execute a release
23 satisfaction and a discharge of the property lien.
24 If necessary, PHH Mortgage Services will file a
25 withdrawal in connection with any legal action it

Page 31
1  may already have taken as of the date of the
2  response to this letter; is that correct?
3     A    Correct.
4          (Confidential redacted portion.)
5
6
7
8
9
10
11      (End of confidential redacted portion.)
12    Q    Then it goes on in this document to
13 reference balance waiver.  Do you see that?
14    A    I do.
15    Q    And it says:  "To the extent not
16 discharged by any bankruptcy process, the remaining
17 deficiency after acceptance of the short sale
18 proceeds is $451,919.07."  Do you see that?
19    A    I do.
20    Q    It says:  "PHH Mortgage Services has
21 approved the short sale offer as full and final
22 satisfaction of the mortgage obligation for this
23 lien.  PHH Mortgage Services agrees to waive the
24 remaining balance due on the referenced mortgage or
25 such waiver as required by state law, and,

Page 32
1  therefore, PHH Mortgage Services will release the
2  account holder from further obligation upon
3  successful completion of the short sale."  Do you
4  see that?
5     A    I do.
6     Q    This document is then signed by Stacy
7  Randall on July 29, 2020, correct?
8     A    Correct.
9     Q    Then on the page Bates labeled 000190 of
10 Exhibit 10, there's a document that's captioned
11 "Short Sale Affidavit."  Do you see that?
12    A    I do.
13    Q    And that affidavit was signed by Stacy
14 Randall on July 26, 2020, correct?
15    A    Correct.
16    Q    And in this affidavit Ms. Randall
17 represented in paragraph G that she is certifying
18 under penalty of perjury that to the best of her
19 knowledge and belief a signatory who makes a
20 negligent or intentional misrepresentation agrees to
21 indemnify the servicer and the investor for any and
22 all loss resulting from the misrepresentation,
23 including but not limited to repayment of the
24 amounts of the reduced payoff of the mortgage; is
25 that correct?

Page 33

1  A   Yes.
2  Q   And then on the next page in the first
3 paragraph on the top, Stacy Randall also certified
4 under penalty of perjury that she understands that a
5 misrepresentation may subject her to civil and/or
6 criminal liability, correct?
7  A   Correct.
8         (Confidential portion redacted.)
9
10
11
12
13
14      (End of confidential redacted portion.)
15         MR. SYLVAN:  Objection.  Calls for a legal
16    conclusion.
17 BY MR. LAING:
18  Q   Did the sale of the property in Lithia,
19 Florida, from the Randalls to the Alvarezes close?
20  A   It did.
21  Q   And did PHH Mortgage Corporation receive
22 $337,225.08 from the sale?
23  A   We did, yes.
24  Q   And did PHH Mortgage Corporation waive the
25 remaining balance owed by Stacy Randall and Steven

Page 34

1 Randall to U.S. Bank in the sum of $451,919.07?
2  A   We did, yes.
3         (Confidential portion redacted.)
4
5
6
7      (End of confidential redacted portion.)
8  Q   Did Stacy Randall tell PHH Mortgage
9 Corporation, either in the Mortgage Assistance
10 Application form or in any other manner, that as of
11 the date she signed that form, May 13 of 2020, she
12 owned stock in a corporation known as Windy Waters,
13 Inc. --
14         MR. SYLVAN:  Objection.  Form.
15         MR. LAING:  Let me just finish the
16    question.
17 BY MR. LAING:
18  Q   Did Stacy Randall tell PHH Mortgage
19 Corporation, either in the application that we've
20 marked as Exhibit 7 or in any other manner, that as
21 of the date she signed that certification, May 13,
22 2020, that she owned 232.75 shares of Class A common
23 stock and 1,952.7568 shares of Class B common stock
24         (Confidential portion redacted.)
25

Page 35

1
2
3
4
5      (End of redacted confidential portion.)
6 BY MR. LAING:
7         (Confidential portion redacted.)
8
9
10
11
12
13
14
15
16      (End of confidential portion redacted.)
17 BY MR. LAING:
18         (Confidential portion redacted.)
19
20
21
22
23
24
25

Page 36

1
2      (End of confidential portion redacted.)
3 BY MR. LAING:
4         (Confidential portion redacted.)
5
6
7
8
9
10
11
12
13
14
15
16      (End of confidential portion redacted.)
17 BY MR. LAING:
18  Q   Please go to Exhibit 12.  This is a
19 closing statement from the sale of a property from
20 Stacy Randall and Steven Randall to a Melissa Siems,
21 S-i-e-m-s, and it's dated July 24, 2020.  Do you see
22 that?
23  A   I do.
24  Q   And you see that its property address is
25 1972 Barber Drive, Unit 3, Stoughton, Wisconsin?

Stacy L. Randall v. Widen Enterprises, 3:22-cv Windy 0008382
Case: 3:22-cv-00400-jdp Document #: 165 Filed: 03/15/24 Page 10 of 18    1/10/2024
PHH Mortgage Corporation (Louise Plasse)                                10 (37 - 40)

Page 37

1  A   Yes.
2  Q   And you see that --
3      MR. SYLVAN:  Counsel, sorry to interrupt.
4  Can I just ask what the -- the Bates stamp is
5  on that?
6      MR. LAING:  Certainly.  It's Windy
7  0008382.
8  BY MR. LAING:
9  Q   And the address of that property is the
10 same address to which the approval of a short sale
11 payoff marked as Exhibit 10 was sent to, correct?
12 A   It is, yes.
13 Q   And this closing statement indicates that
14 Stacy Randall and her husband at the time sold the
15 property for $486,000, correct?
16 A   Correct.
17 Q   Then if you look at the -- page 3, it
18 indicates on the bottom left that the net amount
19 from that sale being paid to Stacy Randall and
20 Steven Randall is $51,966.41.  Do you see that?
21 A   I do.
22     (Confidential portion redacted.)

Page 38

9      (End of confidential portion redacted.)
10 Q   Turn to Exhibit 13, please, which is the
11 document called "Appraisal Report" authored by Laura
12 Duguid, D-u-g-u-i-d, dated October 2, 2023, and the
13 appraisal report is captioned "Precious Metals and
14 Jewelry Fair Market Value Appraisal."  Do you see
15 that?
16 A   I do.
17 Q   If you go to page 3 of the document,
18 there's a letter to David Palay dated October 2,
19 2003, where Stacy Randall's expert Laura Duguid
20 indicates that at Mr. Palay's request on
21 September 25, 2023, she conducted an appraisal
22 inspection of personal property belonging to Stacy
23 Randall.  Do you see that?
24 A   I do.
25 Q   And then in the next paragraph, it says

Page 39

1  that she determined the fair market value of that
2  property as of May 13, 2020.  Do you see that?
3  A   I do.
4  Q   And, again, that's the date of the
5  certification completed by Stacy Randall, correct?
6  A   Yes.
7  Q   It then goes on to say:  "In summary the
8  fair market value of the appraised items totals
9  $29,223."  Do you see that?
10 A   I do.
11 Q   And if you go toward the end of the
12 report, there's a bunch of photos of all of the
13 items that were appraised, including jewelry and
14 coins and silver bars and other types of precious
15 metals.  Do you see that?
16 A   I do.
17     (Confidential portion redacted.)

Page 40

9      (End of confidential portion redacted.)
10     MR. SYLVAN:  Objection.  Calls for a legal
11 conclusion.  Speculation.  Foundation.
12 BY MR. LAING:
13     (Confidential portion redacted.)

24     (End of confidential portion redacted.)
25     MR. LAING:  Those are all my questions.

Stacy L. Randall v. Widen Enterprises, Inc. et al filed by Cindy Widen
Case: 3:22-cv-00400-jdp Document #: 165 Filed: 03/15/24 Page 11 of 18
PHH Mortgage Corporation (Louise Plasse)
1/10/2024
11 (41 - 43)

Page 41

1 Thank you.
2     MR. SYLVAN: No questions. Thank you.
3     MR. LAING: We're done. Thank you for
4 your time.
5     THE WITNESS: Thank you.
6     MS. SOLANO: Read or waive?
7     THE WITNESS: I'll defer to you and your
8 judgment.
9     MS. SOLANO: We can read.
10     THE VIDEOGRAPHER: This marks the end of
11 today's deposition. The time is 10:52. We're
12 going off the record.
13     (Thereupon, the deposition concluded at
14 10:52 a.m.)
15     (Reading and signing the deposition was
16 not waived.)

Page 42

1     CERTIFICATE OF OATH
2
3 STATE OF FLORIDA
4 COUNTY OF PALM BEACH
5
6     I, GINA R. GRANT, Notary Public, State of
7 Florida at Large, do hereby certify that LOUISE PLASSE
8 personally appeared before me and was duly sworn.
9     WITNESS my hand and seal this 12th day of
10 January, 2024.
11
12     _____
13     GINA R. GRANT
    Notary Public - State of Florida
14     My Commission No. GG341539
    Expires: June 24, 2023

Page 43

1     C E R T I F I C A T E
2 THE STATE OF FLORIDA
3 COUNTY OF PALM BEACH.
4
5     I, GINA R. GRANT, do hereby certify that
6 I was authorized to and did stenographically report the
7 foregoing deposition; and that the transcript is a true
8 and correct transcription of the testimony given by the
9 witness.
10     I further certify that I am not a
11 relative, employee or attorney of any of the
12 parties, nor am I a relative or employee of any of
13 the parties' attorneys or counsel connected with the
14 action, nor am I financially interested in this
15 action.
16     DATED, this 12th day of January, 2024.
17
18
19     _____
20     Gina Grant
    Notary Public - State of Florida
    My Commission No. GG341539
21     Expires: June 24, 2023

## WORD INDEX

**< $ >**
**$29,223** 39:*9*
**$3,000** 24:*20*
**$336,290.17** 29:*24* 30:*11*
**$337,225.08** 33:*22*
**$350,000** 12:*19*
**$360,000** 16:*11*
**$395,000** 27:*25*
**$4,000** 25:*3*
**$451,919.07** 31:*18* 34:*1*
**$486,000** 37:*15*
**$500,000** 16:*22* 28:*11*
**$500,750** 10:*4* 11:*4*
**$51,966.41** 37:*20*
**$788,209.24** 12:*1*
**$793,535.07** 10:*21* 11:*4*
**$800,000** 12:*19*
**$858,671.62** 15:*14*

**< 0 >**
**000001** 9:*18*
**000042** 10:*9*
**000082** 15:*3*
**000162** 27:*11*
**000176** 30:*14*
**000190** 32:*9*
**000253** 17:*2*
**0008382** 37:*7*
**001147** 13:*9*

**< 1 >**
**1** 3:*11* 4:*16* 7:*3* 8:*1* 10:*19*, *20* 11:*7*, *14*, *19* 13:*20*, *24* 27:*20* 30:*8*
**1,952.7568** 34:*23*
**10** 1:*18* 3:*20* 4:*8* 28:*18* 29:*2*, *6* 30:*7* 32:*10* 37:*11*
**10:01** 1:*18* 4:*8*, *20*
**10:52** 1:*18* 41:*11*, *14*
**1000** 2:*3*
**10th** 4:*19*
**11** 3:*21* 11:*22*
**111** 2:*8*

**12** 3:*22* 36:*18*
**12th** 42:*9* 43:*16*
**13** 3:*13*, *23* 4:*16* 17:*9* 26:*23* 34:*11*, *21* 38:*10* 39:*2*
**14** 3:*14*
**1400** 2:*8*
**1440** 2:*11*
**16** 3:*15*
**17** 3:*16*
**1700** 2:*3*
**19** 29:*6*
**1900** 1:*19* 4:*6*, *24*
**1972** 29:*14* 36:*25*

**< 2 >**
**2** 3:*12* 9:*15*, *25* 10:*18* 13:*21* 15:*11* 22:*3* 38:*12*, *18*
**20** 3:*17*, *18* 11:*13*, *24*
**2003** 38:*19*
**2007** 8:*11*, *25* 10:*25* 22:*5*
**2017** 10:*15*, *20*, *25* 11:*5*
**2018** 11:*13*, *20*, *24*
**2019** 6:*9* 14:*19* 15:*13* 16:*17*
**2020** 17:*10* 26:*23* 27:*17* 28:*16* 29:*6* 32:*7*, *14* 34:*11*, *22* 36:*21* 39:*2*
**2023** 38:*12*, *21* 42:*14* 43:*21*
**2024** 1:*18* 4:*8*, *19* 42:*10* 43:*16*
**22** 16:*17*
**23** 10:*15* 11:*5*
**232.75** 34:*22*
**24** 14:*18* 36:*21* 42:*14* 43:*21*
**25** 38:*21*
**26** 32:*14*
**27** 3:*19*
**29** 3:*20* 28:*16* 32:*7*

**< 3 >**
**3** 3:*13* 12:*3* 13:*4*, *7* 15:*11* 28:*14* 29:*14*

36:*25* 37:*17* 38:*17*
**3,449** 14:*7*
**31** 27:*17*
**33301-4126** 2:*12*
**337,225.08** 28:*8*
**34** 3:*21*
**350** 2:*11*
**37** 3:*22*
**38** 3:*23*

**< 4 >**
**4** 3:*11*, *12*, *13*, *14*, *15*, *16*, *17*, *18*, *19*, *20*, *21*, *22*, *23* 7:*11* 14:*13*, *14*

**< 5 >**
**5** 3:*5*, *15* 7:*11* 14:*17* 15:*20*
**5-13-2020** 26:*22*
**53202** 2:*4*
**53202-4870** 2:*8*

**< 6 >**
**6** 3:*16* 15:*16* 16:*24*
**6116** 8:*17* 13:*17* 16:*7* 21:*12* 29:*18*

**< 7 >**
**7** 3:*11*, *17* 20:*17*, *21*, *25* 26:*3* 34:*20*
**777** 1:*19* 4:*6*, *23*

**< 8 >**
**8** 3:*18* 20:*18*, *23*

**< 9 >**
**9** 3:*12*, *19* 11:*16* 27:*8*, *9*, *24*

**< A >**
**a.m** 1:*18* 4:*9*, *20* 41:*14*
**ability** 7:*12*
**above-entitled** 4:*4*
**above-named** 30:*21*
**acceptance** 31:*17*
**account** 21:*5* 23:*23* 24:*16*, *18*, *24* 25:*3* 26:*3* 29:*24* 30:*10*, *21*

32:*2*
**accurate** 20:*10*, *14*
**acknowledged** 26:*6*
**acting** 29:*22*
**action** 7:*4* 30:*15*, *25* 43:*14*, *15*
**address** 8:*16* 13:*17* 21:*11* 29:*13*, *17* 36:*24* 37:*9*, *10*
**addressed** 29:*9*
**affidavit** 20:*5* 32:*11*, *13*, *16*
**age** 4:*13* 5:*13*
**agreeable** 18:*19*
**agreeing** 18:*25*
**Agreement** 3:*21*, *22* 10:*14* 19:*11*, *15*
**agrees** 31:*23* 32:*20*
**al** 4:*22*
**allows** 18:*18*
**Altisource** 3:*13* 13:*12*
**Alvarez** 16:*4* 27:*20*
**Alvarezes** 33:*19*
**amended** 11:*18*
**amount** 10:*4*, *20* 11:*3* 12:*21* 16:*10* 28:*8* 29:*24* 30:*2*, *3*, *19* 37:*18*
**amounts** 28:*2* 32:*24*
**analyst** 6:*3*
**and/or** 33:*5*
**answer** 7:*21* 9:*8*
**APPEARANCES** 2:*1*
**appeared** 42:*8*
**appears** 14:*18* 16:*13* 17:*6*
**applicable** 26:*13*
**Application** 3:*17*, *18* 20:*4* 21:*2* 26:*8* 30:*8* 34:*10*, *19*
**apply** 9:*7*
**Appraisal** 3:*23* 38:*11*, *13*, *14*, *21*
**appraised** 39:*8*, *13*
**Approval** 3:*20* 29:*3* 37:*10*
**approved** 29:*23* 30:*10* 31:*21*

Stacy L. Randall v. Widen Enterprises, et al. and Kindy Cannon                REDACTED
                                                                              Case: 3:22-cv-00400-jdp   Document #: 165   Filed: 03/15/24   Page 13 of 18   1/10/2024
PHH Mortgage Corporation (Louise Plasse)                                                                                                                              2

approximately 30:2
area 24:15 25:6
asking 7:20, 21 8:9
 12:9 24:1
asks 18:12 21:5, 9
 23:16 24:16, 23 25:6,
 13
assessment 24:10
assets 20:7 23:23
 24:3, 16 25:7, 22
assigned 8:25
Assistance 3:17, 18
 21:1 26:8 30:9 34:9
association 28:4
attorney 43:11
attorneys 19:19
 43:13
authored 38:11
authorized 43:6
available 18:17 24:7,
 9
Avenue 2:8
Avocetridge 8:17
 13:17 16:7 21:12
 29:18
aware 8:3, 18

< B >
back 11:7
balance 12:15 31:13,
 24 33:25
Bank 6:24 9:1 11:9,
 25 12:4, 9, 20 15:7,
 12 16:22 18:24 24:2,
 12, 24 28:12 29:22
 34:1
bankruptcy 31:16
Bank's 12:9
Barber 29:14 36:25
bars 39:14
based 18:19
Bates 9:17 10:8
 14:22 15:22 16:15
 17:1 27:10 30:13
 32:9 37:4
baths 14:11
Beach 1:19 4:7, 24
 42:4 43:3
bearing 16:15 17:1

30:13
bedrooms 14:10
began 22:5
BEHALF 2:2, 6, 10
 4:2 5:5, 7 7:14, 22
 15:7 29:22
belief 32:19
believe 26:22
belonging 38:22
benefits 22:19
Benny 2:14 4:25
best 7:12 24:8 32:18
better 24:4
BOERNER 2:3
bonds 25:8
borrower 13:16
bottom 13:20, 24
 21:9 23:12, 22 25:19
 26:15 30:6, 15 37:18
Boulevard 2:11
box 22:22 23:2, 6, 9
 24:16 25:13 29:16
boxes 22:15, 18
broker 21:25
brokerage 21:24
broker's 22:1
bunch 39:12
BURR 2:11
business 6:15, 21
 23:10
buyers 16:5 27:19
buying 19:14

< C >
calculate 13:2
call 9:9 20:4
called 9:16 10:13
 13:12 38:11
Calls 27:5 33:15
 40:10
CANNON 2:6
capacity 6:17, 19
 7:17
captioned 17:12
 24:15 30:15 32:10
 38:13
case 4:23 7:5, 6 8:2
 9:25 15:24 17:1
 20:22 27:10

cases 19:1
cash 24:18
catch-all 25:19
categories 25:23
category 24:21 26:3
cause 4:4, 14 5:14
caused 22:24
causing 22:4
CDs 25:8
certain 18:21
Certainly 37:6
CERTIFICATE 42:1
certification 26:4
 34:21 39:5
certified 26:6 33:3
certify 26:16 42:7
 43:5, 10
certifying 32:17
cetera 29:22
challenges 22:5
check 22:16
checked 22:18, 22
 23:2, 6, 9
checking 24:18 25:3
circumstances 22:24
City 4:6
civil 7:4 33:5
claim 12:8, 9
Class 34:22, 23
clause 12:4
clearer 20:19
client 18:16
close 33:19
Closing 3:19, 22
 27:13 28:14 36:19
 37:13
coins 39:14
come 9:8
commencing 4:8
commission 28:5
 42:14 43:20
common 34:22, 23
communicate 19:8
companies 6:23
Complaint 3:12 9:16
 11:8, 17
complete 20:3
completed 30:8 39:5
completing 22:16

23:16
completion 32:3
concluded 41:13
conclusion 27:6
 33:16 40:11
conditions 30:20
conducted 38:21
Confidential 3:7
 17:15 18:10 26:25
 27:4 28:19 29:1
 31:4, 11 33:8, 14
 34:3, 7, 24 35:5, 7, 16,
 18 36:2, 4, 16 37:22
 38:9 39:17 40:9, 13,
 24
confuse 12:24
Congratulations
 29:21
connected 43:13
connection 8:12 9:4
 30:25
consideration 19:6, 8
 24:6, 13
contain 10:2
contained 26:17
continue 19:16
Contract 3:15 16:1
control 22:25
copy 20:19 29:3
 30:20
corporate 6:11 7:10
 8:7
CORPORATION
 2:10 5:10 6:1, 5, 7,
 12, 24 7:5, 10, 14, 16,
 22 8:2, 7 13:8 15:22,
 24 16:25 19:3 20:3,
 14, 15, 22, 23 27:10
 29:10 33:21, 24 34:9,
 12, 19
Corporation's 6:15
 9:3 30:18
correct 6:12 9:1
 10:5, 6, 16, 17, 22
 11:5, 6, 11, 12, 14, 20,
 21 12:1, 11 13:13, 14,
 18, 19, 22 14:1, 8, 9,
 11, 19 15:9, 14, 15, 18
 16:8, 9, 12, 18, 19, 22
 17:10, 11 18:13 21:2,

7, 8, 12, 13, 15, 18, 21
22:1, 2, 6, 7, 10, 11, 13,
14, 16, 17, 20, 21, 25
23:1, 4, 5, 7, 10, 11, 13,
14, 17, 18   24:18, 19,
21, 22, 25   25:1, 4, 5, 8,
15, 16, 20, 21, 23, 24
26:4, 13, 14, 17, 18
27:11, 12, 21, 22, 25
28:1, 5, 6, 9, 10, 12, 13,
16, 17   29:7, 11, 12, 14,
15, 18, 19, 25   30:1, 4,
5, 11, 12   31:2, 3   32:7,
8, 14, 15, 25   33:6, 7
37:11, 15, 16   39:5
43:8
counsel  5:2, 10
14:21   37:3   43:13
County  4:7   42:4
43:3
COURT  1:2   4:4, 25
11:24   12:5, 9   14:16
15:6, 13, 17
cover  3:7
criminal  33:6
crossed  19:21
current  23:23   24:16
currently  21:15, 18
customer  9:13

< D >
daily  6:21
DATE  1:18   4:19
11:23   26:21   31:1
34:11, 21   39:4
dated  17:9   27:17
29:6   36:21   38:12, 18
43:16
David  38:18
day  42:9   43:16
DEAN  2:9   5:4
December  11:13, 24
declaration  20:5
decrease  22:24
default  9:13   11:1
18:16
defaulted  11:18
Defendants  1:9, 15
2:6   3:11, 12, 13, 14,
15, 17, 18, 19, 20, 21,
22, 23   4:2   5:5   14:15
Defendant's  3:16
4:16
defer  41:7
deficiency  12:10, 13,
16, 21   16:21   18:25
24:3, 12   29:4   31:17
DEJONG  2:6
demanding  12:5
DEPOSITION  1:14
4:1, 21   5:5   7:4
41:11, 13, 15   43:7
describe  6:14
describes  13:21
description  22:13
designated  6:11
designee  7:10
determination  24:6
determined  39:1
determining  24:11
DEUREN  2:3
difference  12:25
different  24:9
Direct  3:5   5:16
disabled  23:13
discharge  30:23
discharged  31:16
disclose  25:7, 14, 17
discloses  20:6
discovery  4:3
DISTRICT  1:2
divorce  23:7
document  7:2, 7
9:16, 22   10:8, 13, 18
11:23   13:7, 12, 15
14:14, 16, 17   15:6, 13,
21, 23, 25   16:15, 25
17:2, 9   21:1, 6   22:3
27:9   28:14   31:12
32:6, 10   38:11, 17
documentations  19:17
documents  7:2   8:3, 6
dollars  24:24
Dorlouis  2:14   4:25
dotted  19:20
Drive  1:19   4:6, 23
8:17   13:17   16:7
21:12   29:14, 18
36:25
due  11:19   12:15
16:22   22:24   31:24
Duguid  38:12, 19
D-u-g-u-i-d  38:12
duly  4:14   5:14   42:8

< E >
earlier  9:6   14:5
East  2:8, 11
effect  20:6, 14
either  34:9, 19
employed  5:24, 25
employee  43:11, 12
enter  12:5, 10
entered  14:16   15:6,
13
ENTERPRISES  1:7
entire  30:18
ESQUIRE  2:4, 9, 12
essentially  12:14
19:21   20:8
establish  19:25
Estate  3:13   13:13
25:14   28:5
estimated  25:14
et  4:22   29:22
evaluating  19:3
event  12:14   18:17
evidence  4:3   30:19
exact  6:18
EXAMINATION
5:16
example  12:17
execute  30:22
Exhibit  3:11, 12, 13,
14, 15, 16, 17, 18, 19,
20, 21, 22, 23   4:16
7:3   8:1   9:15, 21, 24,
25   10:7   11:8   13:4, 7
14:13, 14   15:20
16:24   20:17, 18, 21,
23, 25   26:3   27:8, 9,
24   28:18   29:2, 6,
32:10   34:20   36:18
37:11   38:10
expenses  23:4
expert  38:19
Expires  42:14   43:21
extent  31:15

< F >
fact  11:3   20:14
factors  19:5
failing  11:19
failure  23:10
Fair  38:14   39:1, 8
falls  12:15
false  26:12
familiar  8:13
family  13:25
far  19:9
federal  26:13
fees  28:4, 5
feet  14:8
file  30:24
filed  11:9, 13, 23
files  13:8
Final  3:14   14:15
31:21
Financial  5:25   6:5, 7
19:23, 25   24:5   30:9
financially  18:22
43:14
finish  34:15
first  4:13   5:13   7:2
19:6   24:16   29:20
33:2
five  14:10
Flagler  1:19   4:6, 23
Florida  1:19   2:12
4:5, 7, 24   8:13, 18, 20,
21   10:1   13:18   16:8
21:12   27:14   29:18
33:19   42:3, 7, 13
43:2, 20
follow  19:17
follows  4:15   5:15
Foreclosure  3:12, 14
9:16   11:9   12:6, 18
14:15
foregoing  43:7
Form  12:22   20:4
21:11   22:16   23:16
24:15   26:15, 19
34:10, 11, 14
FORMAN  2:11
Fort  2:12
forward  16:20   19:10
Foundation  40:11

**front** 7:*1*  8:*1*  9:*18*
 10:*11*  13:*10*
**full** 5:*20*  31:*21*
**further** 32:*2*  43:*10*

**< G >**
**general** 9:*10*
**generally** 6:*14*, *16*
**GG341539** 42:*14*
 43:*20*
**Gina** 1:*21*  4:*4*  5:*1*
 42:*6*, *13*  43:*5*, *19*
**given** 43:*8*
**go** 10:*18*  11:*7*, *16*, *22*
 12:*3*  13:*4*  15:*20*
 16:*24*  20:*17*, *25*  22:*3*
 27:*8*  28:*18*  30:*13*
 36:*18*  38:*17*  39:*11*
**goes** 14:*7*  18:*16*
 21:*23*  31:*12*  39:*7*
**going** 7:*15*  8:*9*
 19:*10*  23:*6*, *9*  41:*12*
**Good** 5:*18*, *19*
**Grant** 1:*21*  4:*4*  5:*1*
 42:*6*, *13*  43:*5*, *19*
**Greater** 22:*9*
**guidelines** 9:*11*

**< H >**
**hand** 24:*18*  42:*9*
**Handwritten** 3:*16*
 17:*4*
**Hardship** 3:*16*  17:*4*,
 *13*  19:*25*  22:*4*, *8*, *13*,
 *23*
**head** 13:*3*
**header** 11:*14*
**held** 4:*23*
**holder** 23:*23*  32:*2*
**holders** 30:*21*
**holder's** 21:*5*  26:*4*
**HOLLMAN** 2:*6*
**home** 8:*12*  13:*21*
 14:*4*, *5*  27:*14*  28:*4*
**homeowner** 9:*9*
 18:*20*  19:*9*, *18*, *23*, *24*
 20:*3*, *6*, *12*  24:*2*, *17*,
 *23*  25:*6*, *13*, *15*
**housing-related** 23:*3*

**husband** 8:*11*, *24*
 23:*12*  37:*14*
**Hypothetically** 19:*11*

**< I >**
**identification** 4:*17*
**IDENTIFIED** 3:*10*
**identifies** 21:*25*
**identifying** 21:*7*
**important** 20:*9*
**include** 9:*12*
**including** 28:*3*  32:*23*
 39:*13*
**income** 22:*23*, *24*
 23:*17*, *19*
**increase** 23:*3*
**indemnify** 32:*21*
**indicate** 10:*24*  11:*2*
 14:*3*  24:*17*  25:*10*, *11*
**indicated** 23:*19*
 24:*20*  25:*2*
**indicates** 10:*19*
 11:*17*  12:*4*  13:*15*
 14:*10*  15:*11*, *17*
 16:*16*  22:*4*, *8*  23:*2*
 27:*19*, *23*  28:*7*  29:*16*
 37:*13*, *18*  38:*20*
**indicating** 16:*2*
**individual** 7:*17*
**individually** 7:*21*
**information** 10:*2*
 19:*18*, *19*, *22*, *23*  21:*7*,
 *10*  23:*17*  24:*14*  26:*7*,
 *12*, *17*  30:*9*
**initial** 11:*1*
**initially** 8:*24*  11:*4*
**inquire** 9:*9*
**inspection** 38:*22*
**institutional** 7:*15*
**insufficient** 12:*8*
**intentional** 32:*20*
**interested** 19:*14*
 43:*14*
**interrupt** 37:*3*
**introduce** 5:*2*
**investment** 21:*15*
**investor** 32:*21*
**investors** 6:*20*
**I's** 19:*20*

**issued** 8:*2*
**issues** 9:*9*, *12*
**items** 39:*8*, *13*
**its** 36:*24*

**< J >**
**January** 1:*18*  4:*8*, *19*
 10:*15*  11:*5*  22:*5*
 42:*10*  43:*16*
**Jewelry** 38:*14*  39:*13*
**judge** 14:*18*
**Judgment** 3:*14*  12:*5*,
 *10*, *13*, *14*  14:*15*  41:*8*
**July** 27:*17*  28:*16*
 32:*7*, *14*  36:*21*
**June** 29:*6*  42:*14*
 43:*21*
**Justin** 16:*4*  27:*20*

**< K >**
**KIESLER** 1:*7*
**know** 6:*18*
**knowingly** 26:*12*
**knowledge** 7:*16*
 32:*19*
**known** 34:*12*
**Kristen** 16:*4*  27:*20*

**< L >**
**labeled** 10:*8*  14:*14*
 32:*9*
**LAING** 2:*6*, *9*  3:*5*
 5:*4*, *17*  12:*23*  14:*24*
 15:*2*, *5*  18:*11*  27:*7*
 33:*17*  34:*15*, *17*  35:*6*,
 *17*  36:*3*, *17*  37:*6*, *8*
 40:*12*, *25*  41:*3*
**Large** 4:*6*  8:*3*  42:*7*
**Las** 2:*11*
**l-a-s-s-e** 5:*23*
**Lauderdale** 2:*12*
**Laura** 38:*11*, *19*
**law** 26:*13*  31:*25*
**lawful** 4:*13*  5:*13*
**left** 37:*18*
**legal** 23:*7*  27:*6*
 30:*15*, *25*  33:*15*
 40:*10*

**Letter** 3:*16*  17:*4*, *13*
 18:*12*  19:*7*  29:*20*
 30:*20*  31:*2*  38:*18*
**liability** 33:*6*
**lien** 30:*23*  31:*23*
**limited** 32:*23*
**line** 26:*11*
**list** 25:*25*
**listed** 7:*11*  16:*11*
 21:*24*  25:*23*
**lists** 21:*11*
**Lithia** 8:*13*, *17*, *20*
 10:*1*  13:*17*  16:*7*
 21:*12*  27:*14*  29:*18*
 33:*18*
**living** 14:*8*
**LLC** 1:*7*
**LLP** 2:*11*
**loan** 6:*3*  8:*10*, *14*, *23*
 9:*5*, *7*, *11*, *25*  10:*3*, *4*,
 *13*
**loans** 6:*17*, *19*
**located** 8:*12*  16:*7*
**Long** 18:*22*  22:*9*
**Look** 9:*15*  14:*17*
 16:*14*  20:*18*  29:*2*
 37:*17*
**looks** 16:*4*
**loss** 32:*22*
**LOUISE** 1:*14*  3:*4*
 4:*1*, *12*, *21*  5:*12*, *21*
 42:*7*

**< M >**
**maintain** 6:*21*  9:*7*
**maintained** 8:*6*
**making** 24:*6*
**manner** 34:*10*, *20*
**March** 10:*20*  11:*19*
**MARKED** 3:*10*  4:*17*
 34:*20*  37:*11*
**Market** 38:*14*  39:*1*, *8*
**markets** 25:*7*
**marks** 41:*10*
**math** 12:*24*
**matter** 4:*21*  19:*3*
**meaning** 7:*5*, *14*
 9:*24*  11:*24*  18:*20*
**Melissa** 36:*20*

merged  6:*8*
met  18:*21*
Metals  38:*13*  39:*15*
MICHAEL  1:*7*
middle  21:*4*  27:*23*
million  6:*17*
Milwaukee  2:*4*, *8*
misrepresentation
 32:*20*, *22*  33:*5*
Modification  10:*14*
 18:*18*  24:*9*
money  24:*17*, *21*  25:*7*
months  22:*9*
morning  5:*18*, *19*
MORTGAGE  2:*10*
 3:*17*, *18*  5:*10*  6:*5*, *12*,
 *15*, *16*, *18*, *23*  7:*5*, *10*,
 *22*  8:*2*, *7*  9:*3*, *17*, *18*
 11:*9*  12:*1*  13:*8*, *9*
 15:*3*, *21*, *23*  16:*25*
 17:*2*  19:*3*  20:*2*, *13*,
 *15*, *21*, *23*  21:*1*  22:*5*
 26:*7*  27:*10*, *11*  29:*10*,
 *21*  30:*17*, *22*, *24*
 31:*20*, *22*, *23*, *24*  32:*1*,
 *24*  33:*21*, *24*  34:*8*, *9*,
 *18*
Mortgage000239
 20:*22*
mortgages  6:*22*

< N >
name  5:*20*, *22*  6:*6*
 21:*5*, *25*
nature  6:*15*
necessary  30:*24*
need  19:*24*
needs  30:*7*
negligent  32:*20*
net  12:*18*  28:*8*  30:*3*
 37:*18*
new  14:*5*
North  2:*3*
Notary  4:*5*  42:*6*, *13*
 43:*20*
note  9:*25*  10:*3*, *21*
 11:*1*, *18*  12:*1*
November  16:*17*
number  6:*18*  8:*3*
 9:*17*  10:*19*  14:*22*

 16:*15*  17:*1*  22:*1*
 27:*11*  30:*14*
Numbers  4:*16*  12:*25*
 18:*22*  19:*12*, *14*  24:*5*

< O >
oath  4:*14*  5:*14*  42:*1*
Objection  12:*22*
 27:*5*  33:*15*  34:*14*
 40:*10*
obligation  31:*22*  32:*2*
obligations  6:*20*  9:*4*,
 *6*  18:*21*  19:*9*, *15*
o'clock  4:*9*
October  14:*18*  38:*12*,
 *18*
OCWEN  5:*25*  6:*5*, *7*,
 *8*
offer  16:*11*, *17*, *20*
 18:*19*  19:*12*  24:*10*
 31:*21*
Okay  9:*21*, *23*, *24*
 10:*10*  13:*4*  15:*20*
 16:*6*  17:*9*
Olas  2:*11*
O'NEIL  2:*6*
option  24:*8*
options  18:*16*  24:*7*, *9*
ordering  15:*8*, *17*
original  9:*25*  10:*4*, *21*
originator  8:*25*
outside  22:*25*
outstanding  11:*3*
owe  15:*12*
owed  11:*25*  12:*20*
 28:*12*  33:*25*
owned  13:*21*  25:*14*
 27:*14*  34:*12*, *22*
owner's  28:*4*

< P >
PAGE  3:*3*  10:*9*, *18*
 11:*7*, *14*  12:*3*  13:*20*,
 *21*, *24*  14:*13*, *17*, *22*,
 *24*  15:*2*, *11*, *16*  16:*14*
 21:*4*, *9*  22:*3*  23:*15*,
 *16*, *22*  26:*2*  27:*20*
 28:*14*  30:*7*, *13*  32:*9*
 33:*2*  37:*17*  38:*17*

pages  7:*11*
paid  28:*3*  37:*19*
Palay  38:*18*
Palay's  38:*20*
Palm  1:*19*  4:*7*, *24*
 42:*4*  43:*3*
paperwork  29:*3*
paragraph  10:*19*
 11:*16*, *22*  15:*11*, *16*
 29:*20*  30:*7*  32:*17*
 33:*3*  38:*25*
parties  43:*12*, *13*
pay  11:*19*  12:*8*, *15*
payable  10:*20*
payment  11:*19*  12:*18*
payments  9:*7*  11:*20*
payoff  29:*23*  30:*11*,
 *18*  32:*24*  37:*11*
penalty  32:*18*  33:*4*
perjury  32:*18*  33:*4*
permanent  22:*9*
person  5:*10*  22:*15*
 23:*16*
personal  38:*22*
personally  42:*8*
Peter  5:*23*
PHH  2:*10*  5:*10*  6:*5*,
 *7*, *9*, *12*, *15*, *23*  7:*5*, *10*,
 *22*  8:*2*, *7*  9:*3*, *18*
 13:*8*, *9*  15:*2*, *21*, *23*
 16:*25*  17:*1*  19:*3*
 20:*2*, *13*, *14*, *21*, *22*, *23*
 27:*10*, *11*  29:*10*, *21*
 30:*17*, *22*, *24*  31:*20*,
 *23*  32:*1*  33:*21*, *24*
 34:*8*, *18*
PHH0218  20:*24*
PHH0372  15:*22*
PHH0383  16:*15*
phone  22:*1*
photos  39:*12*
pile  7:*1*, *3*
PLACE  1:*19*
Plaintiff  1:*5*  2:*2*  5:*7*
PLASSE  1:*14*  3:*4*
 4:*1*, *12*, *21*  5:*12*, *21*
 42:*7*
please  5:*2*, *20*  9:*15*
 10:*7*  13:*5*  14:*14*, *23*

 15:*20*  16:*24*  20:*17*
 27:*8*  36:*18*  38:*10*
portion  17:*15*  18:*10*
 26:*25*  27:*4*  28:*19*
 29:*1*  31:*4*, *11*  33:*8*,
 *14*  34:*3*, *7*, *24*  35:*5*, *7*,
 *16*, *18*  36:*2*, *4*, *16*
 37:*22*  38:*9*  39:*17*
 40:*9*, *13*, *24*
portions  3:*7*
position  6:*2*
Precious  38:*13*  39:*14*
prepared  7:*9*
present  2:*14*  5:*4*, *6*, *9*
price  16:*10*, *21*  27:*24*
prior  8:*1*
proceeds  12:*7*  31:*18*
process  19:*2*  20:*2*
 31:*16*
produced  8:*3*  13:*9*
 15:*21*, *23*  16:*25*
 20:*21*, *23*  27:*9*
promissory  10:*21*
properly  30:*20*
property  8:*17*  10:*1*,
 *4*  12:*6*, *7*  15:*18*  16:*6*
 18:*19*  19:*14*  21:*10*,
 *11*, *14*, *15*, *17*, *20*, *24*
 27:*24*  28:*12*  29:*17*
 30:*4*, *23*  33:*18*  36:*19*,
 *24*  37:*9*, *15*  38:*22*
 39:*2*
provide  19:*19*
provided  30:*10*
Public  4:*5*  42:*6*, *13*
 43:*20*
Purchase  3:*15*  16:*2*,
 *10*, *11*, *17*, *20*, *21*
purchased  14:*4*, *5*
purpose  4:*3*  24:*1*
Pursuant  18:*24*
 19:*24*

< Q >
qualify  18:*17*
question  34:*16*
questions  7:*19*, *20*, *22*
 8:*9*  9:*8*  40:*25*  41:*2*

< R >

Stacy L. Randall v. Widen Enterprises, LLC and Mindy Widen
REDACTED
Case: 3:22-cv-00400-jdp   Document #: 165   Filed: 03/15/24   Page 17 of 18
PHH Mortgage Corporation (Louise Plasse)
1/10/2024
6

**RANDALL** 1:*4* 4:*22* 5:*8* 7:*6* 8:*10, 11, 23, 24* 10:*15, 25* 11:*10, 17, 18, 25* 12:*10, 11* 13:*16* 15:*7, 8* 16:*16* 17:*5, 6* 21:*6* 24:*20* 25:*2* 26:*19* 27:*15* 28:*15* 29:*10, 11* 32:*7, 14, 16* 33:*3, 25* 34:*1, 8, 18* 36:*20* 37:*14, 19, 20* 38:*23* 39:*5*
**Randalls** 12:*19* 13:*21* 14:*4* 15:*12* 16:*3* 28:*7* 30:*3* 33:*19*
**Randall's** 12:*8* 38:*19*
**Read** 41:*6, 9*
**Reading** 41:*15*
**Real** 3:*13* 13:*12* 25:*14* 28:*4*
**realtor** 19:*12, 13, 19*
**receipt** 30:*18*
**receive** 19:*7* 28:*8* 30:*3* 33:*21*
**receiving** 22:*19*
**record** 4:*19* 5:*3* 41:*12*
**recordkeeping** 6:*21*
**records** 8:*7*
**redacted** 3:*7* 17:*15* 18:*10* 26:*25* 27:*4* 28:*19* 29:*1* 31:*4, 11* 33:*8, 14* 34:*3, 7, 24* 35:*5, 7, 16, 18* 36:*2, 4, 16* 37:*22* 38:*9* 39:*17* 40:*9, 13, 24*
**Redemption** 3:*21*
**reduced** 32:*24*
**reduction** 22:*23*
**REED** 1:*7*
**reference** 31:*13*
**referenced** 15:*1* 29:*24* 31:*24*
**REINHART** 2:*3*
**relates** 10:*1* 13:*16* 29:*17*
**relating** 9:*12* 29:*3*
**relationship** 6:*4*
**relative** 43:*11, 12*

**release** 30:*22* 32:*1*
**rely** 20:*15*
**remaining** 31:*16, 24* 33:*25*
**repayment** 32:*23*
**Report** 3:*23* 38:*11, 13* 39:*12* 43:*6*
**reported** 1:*21*
**Reporter** 4:*4* 5:*1*
**represent** 20:*13*
**representative** 6:*11*
**represented** 32:*17*
**request** 19:*4* 20:*3* 38:*20*
**requested** 19:*23*
**requesting** 24:*2*
**required** 31:*25*
**residence** 13:*25*
**Residential** 3:*15* 8:*12* 16:*1*
**response** 7:*25* 31:*2*
**responsibilities** 9:*4*
**resulted** 12:*18*
**resulting** 32:*22*
**review** 30:*8*
**right** 23:*20, 21* 29:*16*

**< S >**
**S.C** 2:*3, 6*
**Sale** 3:*15, 20* 12:*7, 18* 16:*2* 18:*12, 14, 15, 24* 19:*4, 10, 17* 21:*24* 24:*8* 27:*14, 24* 28:*8* 29:*4, 23* 30:*4, 10* 31:*17, 21* 32:*3, 11* 33:*18, 22* 36:*19* 37:*10, 19*
**SAMUEL** 2:*4* 5:*6*
**SARA** 2:*12* 5:*9*
**satisfaction** 30:*19, 23* 31:*22*
**satisfied** 19:*15*
**savings** 24:*24* 25:*3*
**says** 11:*23* 13:*24* 21:*6, 14, 17, 20* 22:*18, 22* 23:*12* 25:*20* 26:*3, 6, 9, 11, 16* 29:*21* 30:*6, 17* 31:*15, 20* 38:*25*

**seal** 42:*9*
**section** 22:*12* 30:*14*
**see** 17:*13* 23:*23* 30:*15* 31:*13, 18* 32:*4, 11* 36:*21, 24* 37:*2, 20* 38:*14, 23* 39:*2, 9, 15*
**seen** 7:*6*
**sell** 18:*18* 21:*20*
**seller** 28:*3*
**sellers** 16:*3*
**senior** 6:*3*
**sense** 18:*22*
**sent** 29:*9, 13* 37:*11*
**separate** 3:*7*
**separation** 23:*7*
**September** 38:*21*
**served** 7:*4*
**service** 6:*17, 18, 20, 22* 9:*7, 11*
**servicer** 6:*16, 19* 18:*20* 32:*21*
**services** 6:*24* 13:*13* 29:*21* 30:*22, 24* 31:*20, 23* 32:*1*
**seven** 14:*4*
**seven-year-old** 13:*25*
**shares** 34:*22, 23*
**Short** 3:*20* 12:*15* 18:*12, 14, 15, 23, 24* 19:*4, 10, 16* 24:*8* 29:*4, 23* 30:*10* 31:*17, 21* 32:*3, 11* 37:*10*
**Siems** 36:*20*
**S-i-e-m-s** 36:*21*
**sign** 26:*19*
**signatory** 32:*19*
**signature** 17:*7, 8* 26:*21*
**signed** 10:*14* 14:*18* 16:*17* 17:*5, 6* 28:*15* 30:*21* 32:*6, 13* 34:*11, 21*
**significant** 24:*12*
**signing** 26:*16* 41:*15*
**silver** 39:*14*
**single** 13:*25*
**situation** 24:*5*
**six** 22:*9*
**SOLANO** 2:*12* 5:*9*

27:*5* 41:*6, 9*
**sold** 15:*18* 37:*14*
**somebody** 19:*13*
**sorry** 37:*3*
**South** 4:*6, 23*
**space** 14:*8*
**specifically** 8:*16*
**Speculation** 40:*11*
**spell** 5:*22*
**square** 14:*7*
**STACY** 1:*4* 4:*22* 5:*7* 8:*10, 23* 10:*14, 25* 11:*10, 17, 25* 12:*10* 13:*16* 15:*7* 16:*16* 21:*6, 10* 22:*8, 18* 24:*20* 25:*2, 10, 17, 25* 26:*19* 27:*14* 28:*15* 29:*10* 32:*6, 13* 33:*3, 25* 34:*8, 18* 36:*20* 37:*14, 19* 38:*19, 22* 39:*5*
**stamp** 9:*17* 15:*22* 16:*15* 17:*1* 27:*11* 30:*14* 37:*4*
**starts** 10:*8*
**State** 4:*5, 7* 5:*20* 31:*25* 42:*3, 6, 13* 43:*2, 20*
**stated** 9:*6*
**Statement** 3:*19* 20:*9, 12* 27:*13* 36:*19* 37:*13*
**STATES** 1:*2*
**Stenographically** 1:*21* 43:*6*
**Steven** 8:*11, 24* 10:*15, 25* 11:*10, 18, 25* 12:*11* 15:*8* 16:*16* 17:*5* 27:*15* 28:*15* 29:*10* 33:*25* 36:*20* 37:*20*
**Stock** 3:*21* 34:*12, 23*
**stocks** 25:*7*
**Stoughton** 29:*11* 36:*25*
**Street** 2:*3*
**subject** 33:*5*
**submitting** 26:*12*
**Subpoena** 3:*11* 7:*3,*

11, 25
subpoenas  8:1
subsequent  11:20
subservicer  6:8
suburb  8:20
successful  32:3
suggest  10:24
Suite  1:19  2:3, 8, 11
 4:6, 24
sum  15:13  30:11
 34:1
summary  39:7
Sure  13:6  16:3  17:5,
 7  19:20
sworn  4:14  5:14
 42:8
SYLVAN  2:4  5:6
 12:22  14:21, 25  15:4
 33:15  34:14  37:3
 40:10  41:2

< T >
take  19:7  24:13
TAKEN  1:15  4:2, 21
 8:10, 23  19:6  24:6
 31:1
talk  28:18
talks  22:12  23:22
Tampa  8:20
taxes  28:4
tell  15:24  17:2
 24:23  34:8, 18
telling  20:13
term  22:9
testified  4:14  5:14
testify  6:11  7:3, 9, 15,
 17
testifying  7:14
testimony  43:8
Thank  15:4  41:1, 2,
 3, 5
things  15:8
think  9:22
three  14:11
TIME  1:18  4:20
 12:20  15:12  18:15,
 18  20:18  25:4  37:14
 41:4, 11
timely  30:18
titled  21:1

today  6:10  7:13, 17,
 20  8:9
Today's  4:19  41:11
top  7:2  13:15, 20
 17:12  22:4  23:15
 27:19  33:3
topics  7:11
total  24:24
totals  39:8
transcript  43:7
transcription  43:8
true  43:7
truthful  26:8, 17
trying  13:2
T's  19:21
turn  9:21  10:7
 14:13  26:2  38:10
two  13:1
types  39:14

< U >
U.S  6:24  9:1  11:9,
 25  12:4, 8, 9, 20  15:7,
 12  16:22  28:12
 29:22  34:1
ultimately  8:25
umbrella  6:8
understand  6:10
 7:13, 23
understanding  24:4
understands  33:4
understood  30:7
unemployed  22:19
Uniform  3:14  14:14
Unit  29:14  36:25
UNITED  1:2
use  4:3

< V >
vacant  21:18
Valuation  3:13  13:13
value  25:8, 14  38:14
 39:1, 8
VAN  2:3
various  22:15  28:2
Verified  3:12  9:16
 11:8
versus  4:22
video  4:18, 20
videoconference  2:5

Videographer  2:14
 4:18, 25  41:10
violate  26:12

< W >
waiting  19:18
waive  18:25  24:2, 12
 31:23  33:24  41:6
waived  41:16
waiver  29:4  31:13,
 25
want  12:24  20:18
 21:20
Water  2:3
WATERS  1:8  34:12
way  16:13
Wednesday  1:18  4:8
well  8:1  24:14  29:9
went  11:3  16:20
We're  4:18  41:3, 11
West  1:19  4:7, 24
WESTERN  1:2
we've  34:19
wherefore  12:4
WIDEN  1:7  4:22
 7:6
WINDY  1:8  34:12
 37:6
WISCONSIN  1:2
 2:4, 8  29:11  36:25
withdrawal  30:25
WITNESS  1:14  3:3
 4:1, 13  5:13  41:5, 7
 42:9  43:9
words  7:19

< Y >
Yeah  14:25  15:2
 16:3
years  14:4

< Z >
Zero  26:1
Zoom  5:7