UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

STACY L. RANDALL,

            Plaintiff,

   v.

REED C. WIDEN, MICHAEL KIESLER,
WIDEN ENTERPRISES, LLC, and
WINDY WATERS, INC.,

            Defendants.

Case No. 3:22-cv-00400-jdp

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Plaintiff Stacy L. Randall, through her undersigned counsel, respectfully moves the Court for a one-week extension of the deadline to file a response to Defendants' Motion Challenging Plaintiff's Confidential Designations Under the Protective Order (Dkt. 162), and states in support as follows:

1. One business day ago, Friday, March 15, 2024, Defendants filed a motion challenging certain of Plaintiff's confidentiality designations under the protective order governing this case.

2. As evidenced by the face of the motion and opening paragraph of the brief in support thereof, the issues presented by Defendants' motion are unusually complex and sensitive, requiring significant time and resources to respond to.

3. Moreover, many of the specific arguments presented to the Court are being raised for the first time and were never asserted as a basis for de-designation during the parties' meet-and-confer.

4.  Under the circumstances, Plaintiff requests one additional week to file her response to the motion and accordingly requests that such response be due Friday, March 29, 2024.

5.  Plaintiff's counsel has consulted with Defendants' counsel, who does not oppose the requested extension.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline to respond to Defendants' motion to March 29, 2024.

Dated this 18th day of March, 2024.

        s/ Mark A. Cameli
        Mark A. Cameli
        WI State Bar ID No. 1012040
        mcameli@reinhartlaw.com
        David Palay
        WI State Bar ID No. 1115862
        dpalay@reinhartlaw.com
        Monica A. Mark
        WI State Bar ID No. 1082428
        mmark@reinhartlaw.com
        Jessica Hutson Polakowski
        WI State Bar ID No. 1061368
        jpolakowski@reinhartlaw.com
        Samuel C. Sylvan
        WI State Bar ID No. 1131339
        ssylvan@reinhartlaw.com
        Reinhart Boerner Van Deuren s.c.
        1000 North Water Street, Suite 1700
        Milwaukee, WI 53202
        Telephone: 414-298-1000
        Facsimile: 414-298-8097

        Mailing Address:
        P.O. Box 2965
        Milwaukee, WI 53201-2965

        Attorneys for Plaintiff